UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
    Tiffanie J. Lane | Bankruptcy No.22-11182-PMM

        Debtor |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of July, 2022, by first class mail upon those listed below:

Tiffanie J. Lane
307 Alexandria Court
Marietta, PA  17547

**Electronically via CM/ECF System Only:**

THOMAS WILLIAM FLECKENSTEIN ESQ
470 LOCUST STREET
COLUMBIA, PA  17512

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee