United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11182-pmm |
| Tiffanie J. Lane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2022 | Form ID: 155 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffanie J. Lane, 307 Alexandria Court, Marietta, PA 17547-9246 |
| 14689096 | + | Apex Asset Mang., 2501 Oregon Pike, Sre102, Lancaster, PA 17601-4890 |
| 14689101 | | Lancaster Radiology Assoc., PO Box 3216, Lancaster, PA 17604-3216 |
| 14705967 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14689097 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 08 2022 23:58:00 | Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 14689098 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 08 2022 23:58:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14689099 | + | Email/Text: DATA@COLLECTIONCENTERIND.COM | Sep 08 2022 23:58:00 | Collection Center, PO Box 8666, Lancaster, PA 17604-8666 |
| 14689100 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 08 2022 23:58:00 | Commercial Acceptance, 2300 Gettysburg Road, Ste. 102, Camp Hill, PA 17011-7303 |
| 14705967 | ^ | MEBN | Sep 08 2022 23:53:30 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14689102 | + | Email/Text: blegal@phfa.org | Sep 08 2022 23:58:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14698097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2022 00:03:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14690705 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 08 2022 23:58:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14711507 | | Email/Text: EDBKNotices@ecmc.org | Sep 08 2022 23:57:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14705860 | *+ | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Tiffanie J. Lane Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tiffanie J. Lane
      Debtor(s)                                        Chapter: 13

                                                    Bankruptcy No: 22−11182−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 8th day of September 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                          Patricia M. Mayer
                                                                          Judge ,
                                                                          United States Bankruptcy Court

                                                                                                             26
                                                                                                          Form 155