*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tiffanie J. Lane
    Debtor(s)

Case No: 22−11182−pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge to consider:

Motion for Relief from Stay, Motion for Relief from Co−Debtor Stay RE: 2016 Infiniti QX60 Filed by Santander Consumer USA Inc. dba Chrysler Capital Represented by WILLIAM EDWARD CRAIG.

**Hearing rescheduled from 10/25/2022 to 11/1/2022**

on: 11/1/22

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  10/5/22

Timothy B. McGrath
Clerk of Court

33 − 31
Form 167