United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tiffanie J. Lane  
    Debtor

Case No. 22-11182-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 05, 2022 | Form ID: 167 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffanie J. Lane, 307 Alexandria Court, Marietta, PA 17547-9246 |
| 14689096 | + | Apex Asset Mang., 2501 Oregon Pike, Sre102, Lancaster, PA 17601-4890 |
| 14689101 | | Lancaster Radiology Assoc., PO Box 3216, Lancaster, PA 17604-3216 |
| 14724019 | + | Santander Consumer USA, Inc., dba Chrysler Capital, c/o William E. Craig, Esq., 110 Marter Avenue-Suite 301, Moorestown NJ 08057-3124 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 23:44:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14689097 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 05 2022 23:44:00 | Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 14689098 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 23:44:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14689099 | + | Email/Text: DATA@COLLECTIONCENTERIND.COM | Oct 05 2022 23:44:00 | Collection Center, PO Box 8666, Lancaster, PA 17604-8666 |
| 14689100 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 05 2022 23:43:00 | Commercial Acceptance, 2300 Gettysburg Road, Ste. 102, Camp Hill, PA 17011-7303 |
| 14705967 | ^ | MEBN | Oct 05 2022 23:41:02 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14689102 | + | Email/Text: blegal@phfa.org | Oct 05 2022 23:43:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14698097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2022 23:55:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14690705 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2022 23:44:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14711507 | | Email/Text: EDBKNotices@ecmc.org | Oct 05 2022 23:43:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason  Name and Address**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2022 | Form ID: 167 | Total Noticed: 14 |

14705860        *+            PHFA, 211 North Front Street, Harrisburg, PA 17101-1466

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Tiffanie J. Lane Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Tiffanie J. Lane
    Debtor(s)

Case No: 22−11182−pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Motion for Relief from Stay, Motion for Relief from Co−Debtor Stay RE: 2016 Infiniti QX60 Filed by Santander Consumer USA Inc. dba Chrysler Capital Represented by WILLIAM EDWARD CRAIG.

**Hearing rescheduled from 10/25/2022 to 11/1/2022**

on: 11/1/22

at: 10:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 10/5/22

Timothy B. McGrath
Clerk of Court

33 − 31
Form 167