| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-11182-PMM**

| | |
|---|---|
| Tiffanie J. Lane | Petition Filed Date: 05/06/2022 |
| 307 Alexandria Court | 341 Hearing Date: 06/14/2022 |
| Marietta  PA    17547 | Confirmation Date: 09/08/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,813.00 | $2,760.00 | $53.00 |
| 1 | SANTANDER CONSUMER USA INC »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $430.98 | $0.00 | $430.98 |
| 3 | PHFA/HEMAP »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | US DEPARTMENT OF EDUCATION »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $65.00 |
| Paid to Claims: | $2,760.00 | Arrearages: | $60.00 |
| Paid to Trustee: | $240.00 | Total Plan Base: | $3,840.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.