United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-11182-pmm

Tiffanie J. Lane  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Dec 05, 2024      Form ID: pdf900      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffanie J. Lane, 307 Alexandria Court, Marietta, PA 17547-9246 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14689096 | + | Apex Asset Mang., 2501 Oregon Pike, Sre102, Lancaster, PA 17601-4890 |
| 14689099 | #+ | Collection Center, PO Box 8666, Lancaster, PA 17604-8666 |
| 14689101 | | Lancaster Radiology Assoc., PO Box 3216, Lancaster, PA 17604-3216 |
| 14724019 | + | Santander Consumer USA, Inc., dba Chrysler Capital, c/o William E. Craig, Esq., 110 Marter Avenue-Suite 301, Moorestown NJ 08057-3124 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 05 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2024 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14689097 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 05 2024 23:59:00 | Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 14689098 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 05 2024 23:58:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14689100 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 05 2024 23:58:00 | Commercial Acceptance, 2300 Gettysburg Road, Ste. 102, Camp Hill, PA 17011-7303 |
| 14705967 | ^ | MEBN | Dec 05 2024 23:54:04 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14689102 | + | Email/Text: blegal@phfa.org | Dec 05 2024 23:58:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14698097 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2024 00:00:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14690705 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 05 2024 23:58:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14711507 | | Email/Text: EDBKNotices@ecmc.org | Dec 05 2024 23:58:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14705860 | *+ | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2024              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

**Name** | **Email Address**

DENISE ELIZABETH CARLON
  on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LEON P. HALLER
  on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
  on behalf of Debtor Tiffanie J. Lane Tom@TomFleckenstein.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
  on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com
  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Tiffanie J. Lane | Bankruptcy No. 22-11182-PMM |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF TWO YEARS.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 5, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE